# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1275. CHRIS EMERICK v. RECORDER'S COURT OF CHATHAM COUNTY.

The Chatham County Recorder's Court found Chris Emerick guilty of violating a city ordinance. Emerick challenged the ruling by filing a petition for writ of certiorari in the superior court. The superior court dismissed the certiorari petition, and Emerick filed this direct appeal.[1]

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Govt. of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Such compliance is required even where the superior court dismisses the action. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984). Because Emerick failed to comply with the discretionary appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/18/2020

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Emerick filed the appeal in the Supreme Court, which transferred the matter to this Court. See Case Number S20A0598, decided Jan. 13, 2020.